OPINION — AG — ** RIGHT OF WAY — PROPERTY ** (1) EXCEPT AS SPECIFICALLY PROVIDED FOR IN 69 O.S. 1203 [69-1203], THE DEPARTMENT OF TRANSPORTATION MAY NOT ACQUIRE, UNDER THE PROVISIONS OF 69 O.S. 304 [69-304](D) OR ANY OTHER STATUTORY PROVISION, PRIVATE PROPERTY OUTSIDE THE ACTUAL RIGHT OF WAY NEED FOR A GIVEN HIGHWAY CONSTRUCTION PROJECT, USING STATE AND/OR FEDERAL FUNDS TO MITIGATE ADVERSE SOCIAL, ECONOMIC AND/OR ENVIRONMENTAL IMPACTS CAUSED BY A HIGHWAY PROJECT. (2) OPINION NO. 79-190 IS HEREBY WITHDRAWN TO THE EXTENT THAT THE SAME IS IN CONFLICT WITH THIS OPINION. (LEGISLATIVE POWERS, ADMINISTRATIVE BODIES, CONDEMNATION, DONATION) CITE: OPINION NO. 740190, OPINION NO. 79-108, 61 O.S. 113 [61-113], 61 O.S. 136 [61-136], 62 O.S. 41.8 [62-41.8], 69 O.S. 401 [69-401], 69 O.S. 402 [69-402], 69 O.S. 1207 [69-1207], 69 O.S. 1203 [69-1203], 69 O.S. 304 [69-304](D) (FLOYD W. TAYLOR)